UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| JAMES M. SWEENEY; DAVID A. FAGAN; CHARLES SEVERS; JAMES C. OLIVER; BRYAN SCOFIELD; EARL CLICK, JR. and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 150, AFL-CIO, | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. 2:12cv00081 |
| vs. | ) ) | HON. PHILIP P. SIMON |
| MITCH DANIELS, GOVERNOR OF THE STATE OF INDIANA; GREGORY ZOELLER, ATTORNEY GENERAL OF THE STATE OF INDIANA and LORI A. TORRES, COMMISSIONER OF THE INDIANA DEPARTMENT OF LABOR, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**EMERGENCY MOTION FOR**
**TEMPORARY RESTRAINING ORDER**

Plaintiffs, James M. Sweeney *et al*., hereby move pursuant to Fed. R. Civ. P. 65 for entry of a temporary restraining order to require Defendants Indiana Governor Mitch Daniels *et al*. to cease and desist from enforcing Indiana's "Right to Work" law, Indiana Code § 22-6-6 with respect to the Union's construction industry agreements. In support of their Motion, in addition to the Complaint, Plaintiffs contemporaneously submit the Certification of David A. Fagan and their Memorandum in Support of Emergency Motion for Temporary Restraining Order.

WHEREFORE, Plaintiffs Sweeney *et al.* respectfully request the Court to:

(a) conduct a hearing into the Union's Emergency Motion for Temporary Restraining Order;

(b) find that immediate application of the Right To Work Act's prohibitions against union security clauses in the construction industry will result in irreparable harm to the Union for which there is no adequate remedy at law; and

(c) enter temporary restraining order against enforcement of the prohibitions against the union security clauses in the construction industry until such time as a preliminary injunction hearing can be conducted; and

(d) schedule a preliminary injunction hearing as soon as possible.

Dated:  February 27, 2012    INTERNATIONAL UNION OF OPERATING
                             ENGINEERS, LOCAL 150, AFL-CIO, *et al.*

                             By:    /s/ Dale D. Pierson
                                    One of the Attorneys for Plaintiffs

Attorneys for Plaintiffs:
Dale D. Pierson
dpierson@local150.org
Elizabeth A. LaRose
elarose@local150.org
Local 150 Legal Department
6140 Joliet Road
Countryside, IL 60525
Ph. 708/579-6663

Marc R. Poulos
mpoulos@iiiffc.org
Kara M. Principe
kprincipe@iiiffc.org
Indiana, Illinois, Iowa
 Foundation for Fair Contracting
6170 Joliet Road, Suite 200
Countryside, IL 60525
Ph. 815/254-3332

Jeff Wrage
jswrage@lawyersonthesquare.com
Blachly, Tabor, Bozik, & Hartman
56 Washington, Suite 401
Valparaiso, IN 46383
Ph. 219/464-1041

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2012 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Grant E. Helms
Grant.Helms@atg.in.gov
Atty. No. 29953-49

Wade J. Hornbacher
Wade.Hornbacher@atg.in.gov
Atty. No. 28605-76

Kate Shelby
kate.shelby@atg.in.gov
Atty. No. 28065-49

Patricia Orloff Erdmann
Patricia.Erdmann@atg.in.gov
Attorney No. 17664-49

Office of the Indiana Attorney General
Indiana Government Center South, 5th Floor
302 W. Washington Street
Indianapolis, IN 46204-2770

By:   /s/ Dale D. Pierson
      One of the Attorneys for Plaintiffs