UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| **JAMES M. SWEENEY, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | **2:12CV81-PPS/PRC** |
| | ) | |
| **MITCH DANIELS, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Judge Cherry has ruled on the plaintiffs' motion for leave to file a first amended complaint [DE 59], and the amended pleading permitted by his order has now been filed [DE 62]. The pre-existing motion to dismiss [DE 26] is of course directed to the original complaint rather than the now-operative first amended complaint. Generally speaking, whether changes to an original pleading warrant alterations to a motion to dismiss is best determined by the movants, and it can prove perilous for a court to construe a potentially dispositive motion in an attempt to apply it to a pleading for which it was not designed. In addition, here the first amended complaint contains a new count which defendants may wish to address by a motion to dismiss, and plaintiffs lately seek to re-open the briefing of the previously-filed motion to dismiss with additional authority.

Considering all these factors, rather than take up the old motion to dismiss, I will allow defendants time to formulate a new motion directed to the first amended complaint. This will also moot plaintiffs' request to file supplemental authority expanding the briefing of the old motion, and allow both parties to fully address whatever that supplemental authority might add

to the discussion. To further clarify where matters stand, I will set a date by which defendants have to file their response to the first amended complaint.

ACCORDINGLY:

Defendants' Motion to Dismiss [DE 26] is denied without prejudice as moot, in light of the filing of plaintiffs' first amended complaint.

Plaintiffs' Motion for Leave to File Supplemental New Authority [DE 55] is denied as moot.

Defendants may plead, move or otherwise respond to the amended complaint no later than **August 16, 2012**.

SO ORDERED.

Entered this 27th day of July, 2012.

                                          /s/ Philip P. Simon
                                        **Philip P. Simon**
                                        **Chief Judge**