UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| JAMES M. SWEENEY; DAVID A. FAGAN; CHARLES SEVERS; JAMES C. OLIVER; BRYAN SCOFIELD; EARL CLICK, JR. and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 150, AFL-CIO, | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) | 2:12CV81-PPS/PRC |
| vs. | ) ) | |
| MITCH DANIELS, GOVERNOR OF THE STATE OF INDIANA; GREGORY ZOELLER, ATTORNEY GENERAL OF THE STATE OF INDIANA and LORI A. TORRES, COMMISSIONER OF THE INDIANA DEPARTMENT OF LABOR, | ) ) ) ) ) ) ) ) | HON. Phillip P. Simon |
| Defendants. | ) ) | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs James M. Sweeney *et al*. ("Plaintiffs") appeal to the United States Court of Appeals for the Seventh Circuit from the order entered in this action on January 17, 2013 granting Defendants' Motion to Dismiss First Amended Complaint.

Dated:  February 4, 2013            Respectfully submitted,

                        By:   Dale D. Pierson
                            One of the Attorneys for Plaintiffs

ATTORNEYS FOR PLAINTIFFS:

| Dale D. Pierson | Marc R. Poulos | Jeffrey S. Wrage |
|---|---|---|
| dpierson@local150.org | mpoulos@iiiffc.org | jswrage@lawyersonthesquare.com |
| Elizabeth A. LaRose | Kara M. Principe | Blachly, Tabor, Bozik, & Hartman |
| elarose@local150.org | kprincipe@iiiffc.org | 56 S. Washington, Suite 401 |
| IUOE Local 150 Legal Department | Indiana, Illinois, Iowa Foundation for Fair Contracting | Valparaiso, IN  46383 Ph. 219-464-1041 |
| 6140 Joliet Road | 6170 Joliet Road, Suite 200 | |
| Countryside, IL  60525 | Countryside, IL  60525 | |
| Ph. 708-579-6663 | Ph. 815-254-3332 | |

## **CERTIFICATE OF SERVICE**

      I, Dale D. Pierson, an attorney, certify that on February 4, 2013, the foregoing document was served on all ECF registrants of record in this action using the CM/ECF system.

      By:   /s/ Dale D. Pierson
                One of the Attorneys for Plaintiffs